7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Robert Lynn Rogers and Cameron Diane Rogers
*Debtor*

*Bankruptcy Case No.*
14–30113–can7

**United States Trustee**
    Plaintiff(s)

*Adversary Case No.*
14–03003–can

v.

**Robert Lynn Rogers**
**Cameron Diane Rogers**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the discharge of Robert Lynn Rogers and Cameron Diane Rogers be, and hereby is, DENIED; and it is further
ORDERED, ADJUDGED AND DECREED that each party shall bear its own costs.



    Ann Thompson
    Court Executive

    By: /s/ Jamie McAdams
        Deputy Clerk

Date of issuance: 12/23/14

Court to serve